1  BENJAMIN B. WAGNER
   United States Attorney
2  NAME OF ATTORNEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:13-sw-0650-KJN
12 |                    Plaintiff,     |
13 |         v.                        | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT
14 | 7100 SHORELINE DRIVE, APT. # 30,  |
15 | STOCKTON CA 95219                 |

16

17    The government's request to unseal the Search Warrant and this case is GRANTED.

18
19    Dated: Sept. 20, 2013
20                                              _____
                                                HON. KENDALL J. NEWMAN
                                                U.S. MAGISTRATE JUDGE
21

FILED
SEP 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK